UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 24-12420 |
| Bridgett C Monroe | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Deborah L. Thorne |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER MODIFYING THE AUTOMATIC STAY

This matter coming to be heard on the Motion of Capital One Auto Finance, a division of Capital One, N.A., to modify the automatic stay as to Debtor, due notice being served on the parties of interest and this Court having jurisdiction and being fully advised on the premises, IT IS HEREBY ORDERED:

1. The automatic stay of 11 U.S.C. § 362 is modified so as to not restrain Capital One Auto Finance, a division of Capital One, N.A., from pursuing in rem non bankruptcy remedies with respect to one 2022 Nissan Murano Utility 4D SV AWD 3.5L V6, VIN 5N1AZ2BS8NC120408.

Enter: *Deborah L. Thorne*

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated: June 04, 2025

**Prepared by:**

James M. Philbrick

Law Offices of James M. Philbrick, P.C.

P.O. Box 351

Mundelein, IL 60060

Phone: (847) 949-5290

jamesphilbrick@comcast.net