**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN THE MATTER OF | IN PROCEEDINGS UNDER CHAPTER 13 |
| BRIDGETT C MONROE, | CASE NO. 24-12420 |
| DEBTOR | JUDGE: Deborah L. Thorne |

**AMENDED NOTICE OF MOTION**

<u>Notified via Electronic Filing</u>
Adam Brief, U.S. Trustee, 219 S Dearborn St, Room 873, Chicago, IL 60604
Marilyn O Marshall, 224 South Michigan Ste 800, Chicago, IL 60604
David H Cutler, 4131 Main St., Skokie, IL 60076

<u>Notified via US Postal Service</u>
Bridgett C Monroe, 3804 W 84th Place, Chicago, IL 60652

Please take notice that on August 27, 2025, at 9:15 a.m., I shall appear before the Honorable Deborah L. Thorne or any judge sitting in her place, **either** in courtroom 682 of the Everett McKinley Dirksen United States Courthouse 219 S. Dearborn Street, Chicago, IL 60604 or electronically as described below, and present the Motion for Relief from the Automatic Stay, a copy of which is attached.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

**To appear by Zoom using the internet,** go to this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by Zoom using a telephone,** call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode**. **The meeting ID for this hearing is 160 9362 1728 – No password required.** The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

                /s/ Richard B. Aronow
                Attorney for MidFirst Bank

## CERTIFICATE OF SERVICE

      The undersigned, an attorney, certifies that he served a copy of this notice and the attached motion on each entity shown below on  August 18, 2025.

          /s/ Richard B.Aronow

Richard B. Aronow 3123969
Michael N. Burke 6291435
Amy A. Aronson 6206512
LOGS Legal Group LLP
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
(847) 291-1717
logsecf@logs.com
Attorneys for Movant
19-091806

Notified via Electronic Filing
Adam Brief, U.S. Trustee, 219 S Dearborn St, Room 873, Chicago, IL 60604
Marilyn O Marshall, 224 South Michigan Ste 800, Chicago, IL 60604
David H Cutler, 4131 Main St., Skokie, IL 60076

Notified via US Postal Service
Bridgett C Monroe, 3804 W 84th Place, Chicago, IL 60652

**The firm of LOGS Legal Group LLP is a debt collector.  This is an attempt to collect a debt.  Any information may be used for that purpose.  If your personal liability for this debt has been extinguished, discharged in bankruptcy or if a court order prohibits collecting this debt from you personally, then this is an attempt to enforce the Movant's rights with respect to the property addressed herein, and it is not an attempt to collect the debt from you personally.**